IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

Angelita Carano-King
and
Gary King,

      Plaintiffs,

V.

Case No.:

David J. Bogenschuetz and SCA, Inc.,

      Defendants.

## PETITION

### COUNT I

COMES NOW Plaintiff Angelita Carano-King ("Plaintiff Angelita"), through counsel, Corbett Law Firm, P.C., and for her cause of action against Defendant David J. Bogenschuetz, ("Defendant Bogenschuetz"), states and alleges:

1. Jurisdiction and venue for this cause of action lie in the Circuit Court of Greene County, Missouri, for the reason that the collision referred to herein occurred in Greene County, Missouri; and the amount in controversy exceeds Twenty-Five Thousand Dollars ($25,000.00).

2. On February 20, 2018, Plaintiff Angelita was operating a motor vehicle south on Mulroy in Springfield, Greene County, Missouri. She was stopped in traffic and was rear-ended by Defendant Bogenschuetz and pushed into the vehicle in front of her ("the collision").

3. Defendant Bogenschuetz was negligent at the time and place of the collision as follows:

    (a)    he failed to keep a careful lookout;

1

EXHIBIT A

(b) he knew or by the use of the highest degree of care could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, swerved, or slowed, but he failed to do so;

(c) he allowed his vehicle to come into contact with the rear of Plaintiff Angelita's vehicle (a-c are "Defendant Bogenschuetz's negligence").

4. As a result of Defendant Bogenschuetz's negligence, Plaintiff Angelita sustained the following damages:

(a) Past, present, and future expenses for medical supplies, medicine, and the services of physicians, nurses, hospitals, pharmacists, physical therapists, and other health care providers and related medical expenses;

(b) Injury to face and head;

(c) Injury to her left eye;

(d) Injury to her back;

(e) Injury to her neck;

(f) Injury to her knees;

(g) Injury to her right elbow;

(h) Loss of income;

(i) Diminution of earning capacity;

(j) Loss of household contributions.

WHEREFORE Plaintiff Angelita prays for judgment against Defendant Bogenschuetz in such sum as is fair and reasonable, interest at the legal rate from the date of judgment, for her costs of action incurred herein, and for such other and further relief as is just and proper.

## COUNT II

COMES NOW Plaintiff Angelita, by and through counsel, Corbett Law Firm, P.C., and for her cause of action in Count II against Defendant SCA, Inc. ("Defendant SCA"), states and alleges:

1. Plaintiff incorporates by this reference each and every allegation in Count I of this Petition as if fully set forth herein in haec verba.

2. At the time of the collision, Defendant Bogenschuetz was an employee of Defendant SCA and was operating his vehicle within the scope and course of his employment with Defendant SCA and in furtherance of the business interests of Defendant SCA.

WHEREFORE Plaintiff prays for judgment against Defendant SCA in such sum as is fair and reasonable, interest at the legal rate from the date of judgment, for her costs of action incurred herein, and for such other and further relief as is just and proper.

## COUNT III

**COMES NOW** Plaintiff Gary King ("Plaintiff Gary"), through counsel, Corbett Law Firm, P.C., and for his cause of action in Count III against Defendant Bogenschuetz states and alleges:

1. Plaintiff Gary incorporates by this reference each and every allegation in Counts I and II of this Petition as if fully set forth herein.

2. Plaintiff Gary is, and during all times mentioned herein was, the husband of Plaintiff Angelita.

3. As a result of Defendant Bogenschuetz's negligence, Plaintiff Gary sustained the following damages:

   (a) One or more of the following: loss of the affection, attention, services, support,

3

Case 6:19-cv-03361-MDH   Document 1-1   Filed 10/09/19   Page 3 of 4

comfort, consortium, and companionship of Plaintiff Angelita;

(b) Reasonable value of nursing services provided to Plaintiff Angelita;

(c) Medical expenses for Plaintiff Angelita;

(d) Loss of household contributions.

**WHEREFORE** Plaintiff Gary prays for judgment against Defendant Bogenschuetz in such sum as is fair and reasonable, interest at the legal rate from the date of judgment, for his costs of action incurred herein, and for such other and further relief as is just and proper.

## COUNT IV

**COMES NOW** Plaintiff Gary King ("Plaintiff Gary"), through counsel, Corbett Law Firm, P.C., and for his cause of action in Count III against Defendant SCA states and alleges:

1. Plaintiff Gary incorporates by this reference each and every allegation in Counts I, II and III of this Petition as if fully set forth herein.

**WHEREFORE** Plaintiff Gary prays for judgment against Defendant SCA in such sum as is fair and reasonable, interest at the legal rate from the date of judgment, for his costs of action incurred herein, and for such other and further relief as is just and proper.

**CORBETT LAW FIRM, P.C.**

/s/ *Matthew W. Corbett*
MATTHEW W. CORBETT  #57633
PO Box 8880
Springfield, MO  65801-8880
(417) 866-6665 (FAX) 866-6699
mcorbett@corbettlawfirm.com
Attorneys for Plaintiff